UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

BROWN, MONEL S. )
Plaintiff )
 )
 ) Case No._____
VS )
POWERS, JEREMY D. )
GOLDEN EAGLE DISTRIBUTING Co. )
ANHEUSER-BUSH InBev )
Defendant(s) )

# CIVIL COMPLAINT

I. The Parties to This Complaint:
1. The Plaintiff(s):
   (a) **Monel S. Brown**
       Homeless
       Hannibal/Marion County
       Missouri 63401
2. The Defendant(s):
   (a) **Jeremy D. Powers**
       9261 CR 416
       Hannibal/Marion County
       Missouri 63401
   (b) Golden Eagle Distributing Co.
       **President/CEO Richard Riesenbeck**
       9669 MO-168
       Hannibal/Marion County
       Missouri 63401
   (c) Anheuser-Busch InBev
       **President/CEO Brendan Whitworth**
       Busch Pl
       St. Louis/St. Louis County
       Missouri 63118
   (d) Anhueser-Busch InBev
       **President/CEO Michel Doukeris**
       Am Deich 18/19
       28199 Bremen, Germany

II. Basis for Jurisdiction

**COMES NOW** Plaintiff Monel S. Brown, ProSe, for his cause of action against said Defendant(s) listed above. Plaintiff calls for action for these reasons:

1. On June 18, 2021, Plaintiff Monel S. Brown was hit on the passenger side of his vehicle by a Commercial Motor Vehicle being operated by Defendant Jeremy D. Powers.
    (a) Defendant 2(a) Powers was making deliveries under the employment of Golden Eagle Distributing Company.
    (b) Defendant 2(b) Riesenbeck is the President/CEO of Golden Eagle Distributing Company making him the overseer of all operations.
2. Defendant 2(a) Powers was delivering Anheuser-Busch alcoholic beverages.
    (a) Defendant(s) 2(c) Whitworth and 2(d) Doukeris are both President/CEO of Anheuser-Busch making them overseers of all operations with defendant 2(c) Whitworth stationed in St. Louis, Missouri United States of America and defendant 2(d) Doukeris stationed in Bremen, Germany.
3. Defendant 2(a) Powers was operating the Commercial Motor Vehicle on a **Canceled/Oth Invalid** license as seen in Exhibit A "Traffic Report #210304138".
    (a) Code of Federal Regulations state, under Part 383; Commercial Drivers License Standards; Requirements and Penalties, under Subpart A – General Code 383.1 Purpose and scope; (a) The purpose of this part is to help reduce or prevent truck and bus accidents, fatalities, and injuries by requiring drivers to have a single Commercial Motor Vehicle drivers license and by disqualifying drivers who operate a Commercial Motor Vehicle in an unsafe manner.
    (b) Code 383.1(b); (4); Prohibits an employer from allowing a person with a suspended license to operate a Commercial Motor Vehicle.
    (c) 383.3 Applicability, Subsection (a) states; The rules in this part apply to every person who operates a Commercial Motor Vehicle (CMV) in interstate, foreign, or intrastate commerce to all employers of such persons, and to all states.
    (d) Subpart B – Single License Requirement; 383.23 Commercial Drivers License (a)(1) states; No person shall operate a CMV unless such person has taken and passed knowledge and driving skills tests for a CLP and CDL that meet the Federal Standards contained in Subparts F, G and H of this part for the CMV that person operates or expects to operate.
    (e) 383.37 Employer Responsibilities (a); states; During any period in which the driver does not have a current CLP or CDL or does not have a CLP or CDL with the proper class or endorsements, an employer may not use a driver to operate a CMV who violates any restriction on the drivers CLP or CDL; No employer may allow, require, permit, or authorize a driver to operate a CMV in the United States if he or she knows or should reasonably know that any of the above circumstances exist.
4. On October 20, 2021 a civil claim was filed in the Circuit Court of **PIKE COUNTY, MISSOURI, 45ᵀᴴ JUDICIAL DISTRICT**.
    (a) The Case Number is **21-PI-CC00039**

    (b) The claim was filed by **Nimrod Chapel** of the **Chapel Law Group** located in Jefferson City, Missouri.
    (c) The case was assigned to Judge Patrick S. Flynn.
    (d) On July 1, 2023 the case was reassigned to Judge James D. Beck who is the current Judge on the case.
    (e) On December 4, 2023, said case was set for trial scheduled to be held on May 28, 2024 at the Pike County Courthouse, Bowling Green, Missouri under the jurisdiction of the **45th JUDICIAL DISTRICT of PIKE COUNTY MISSOURI.**

### III. Statement of Claim

1. On June 18, 2021 at approximately 6:24am, Plaintiff Brown was driving his 2011 Ford F150 on his way to work when he was hit on the passenger side of his vehicle by the front end of a Commercial Motor Vehicle being driven by defendant 2(a) Powers.
2. The accident happened in front of a small business located at 306 E Main/Highway 54 in Curryville, Missouri 63339.
    (a) Exhibit C is a photo showing the front of the business where the accident occurred including its parking area.
3. After MRI conducted on plaintiff Brown by Professional Imaging, (777 South New Ballas Road, Suite 5, St. Louis, Missouri 63141), plaintiff Brown was informed that due to the accident he has received the following injuries:
    (a) Central Disc Protrusion contacting the cervical cord with narrowing of the central canal on his spines C2-C3 disc. (See Exhibit B(1))
    (b) Central Disc Protrusion measures 1.2mm on his spines C3-C4 disc. (See Exhibit B(1))
    (c) Broad-based Central Disc Protrusion measures 1.8mm. The central canal measures 9.4 mm on his spines T10-T11 disc. (See Exhibit B(2))
    (d) Circumferential Disc Herniation measures 1.1mm. The central canal measures 10.0mm on his spines T11-T12 disc. (See Exhibit B(2))
    (e) Broad-based Central Disc Protrusion measures 1.0mm. The central canal measures 9.7mm on his spines L3-L4 disc. There is mild bilateral foraminal stenosis. (See Exhibit B(3))
    (f) Circumferential Disc Herniation measures 1.3mm. The central canal measures 9.6mm on his spines L4-L5 disc. There is mild bilateral foraminal stenosis. (See Exhibit B(3))
4. All Defendants are applicable and therefore liable under the Code of Federal Regulations for these purposes:
    (a) Defendant 2(a) Powers was operating the CMV unlicensed, that hit plaintiff Brown and caused plaintiffs injuries making defendant Powers applicable and therefore liable.
    (b) Defendant 2(b) Riesenbeck neglected to confirm defendant 2(a) Powers's eligibility to operate the CMV or gave defendant Powers permission knowingly to operate, therefore authorizing defendant 2(a) Powers to operate unlicensed leaving defendant 2(b) Riesenbeck applicable and therefore liable.

  (c) Defendant 2(c) Whitworth neglected to confirm the eligibility of his distributors operating CMVs distributing his product, therefore, authorizing defendant 2(a) Powers to operate unlicensed and permitting defendant 2(b) Riesenbeck to allow employees to distribute his product unlicensed. Leaving defendant 2(c) Whitworth applicable and therefore liable.
  (d) Defendant 2(d) Doukeris neglected to confirm the eligibility of his distributors to operate CMVs distributing his companies product. Defendant 2(d) Doikeris negligence reflected onto defendant(s) 2(b) Riesenbeck and 2(c) Whitworth, therefore, authorizing defendant 2(a) Powers to operate the CMV unlicensed and permitting defendant(s) 2(b) Riesenbeck and 2(c) Whitworth to allow employees to distribute operating CMVs unlicensed leaving defendant 2(d) Doukeris applicable and therefore liable.

## IV. Relief Requested

Plaintiff Brown is requesting a total amount of $400 Million Dollars to cover damages, previous medical bills accumulated from and since the accident occurred, on-going medical bills, future medical bills, for plaintiff Browns future well-being and survival, pain and suffering and for all of his emotional distress. Plaintiff Brown still has on-going appointments related to the injuries caused by the accident. Plaintiff Browns injuries are to his spine and are permanent injuries, they are physically limiting, and can never go back to their original anatomical positions. Future suffering is highly expected.

  (a) Do you claim the wrongs alleged in your complaint are continuing to occur now?
     YES     ✓ NO
  (b) Do you claim actual damages for the acts alleged in your complaint?
     YES        NO
  (c) Do you claim punitive monetary damages?
     YES        NO

## V. Certification and Closing

Due to the circumstances of the accident caused mainly from the negligence of the defendant(s), 2(b) Riesenbeck, 2(c) Whitworth, and 2(d) Doukeris, choices to allow a disqualified CMV driver, defendant 2(a) Powers, to operate a CMV violating multiple Codes of the Federal Regulations. **PIKE COUNTY MISSOURI 45TH JUDICIAL DISTRICT** lacks jurisdiction in these matters and therefore can not hold a trial for a case involving Federal Violations if they are not Federal Officials. Plaintiff is asking that case number **21-PI-CC00039** being held in the **PIKE COUNTY MISSOURI CIRCUIT COURT** be transferred to its proper jurisdiction which is the **UNITED STATES DISTRICT COURT for the EASTERN DISTRICT of MISSOURI, NORTHERN DIVISION** in Hannibal, Missouri.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Person Filing:
Monel S. Brown      ProSe
Homeless
Mailing Address:
75 Terrel Ln.
Hannibal, Missouri 63401
Email: brownmonel@gmail.com
573-435-4071

DATE: 12-21-2023

STATE OF MISSOURI

COUNTY OF MARION      NOTARY PUBLIC: _____

Subscribed and sworn to before ME,
On the day of:
     December 21, 2023

Commission Expires:
     November 09, 2026